IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Meredith L. Swafford, | : | |
| Plaintiff | : | Civil Action 2:10-cv-00451 |
| v. | : | Judge Marbley |
| Michael J. Astrue, Commissioner of Social Security, | : | Magistrate Judge Abel |
| | : | |
| Defendant | | |

# ORDER

The parties' November 5, 2010 joint stipulation to remand (doc. 16) is GRANTED. Upon remand, the Appeals Council will remand this case to an Administrative Law Judge (ALJ) with instructions to evaluate the medical evidence submitted with a subsequent application on which the ALJ found, on September 22, 2010, that Plaintiff was disabled as of January 29, 2008. The ALJ shall consider this evidence regarding the issue of disability for the period from January 11, 2005, through January 28, 2008. The ALJ will also conduct a new administrative hearing and obtain medical expert testimony.

  s/Algenon L. Marbley
Algenon L. Marbley
United States District Judge